[Nos. 12162-3-III; 11499-6-III.    Division Three.    April 20, 1995.]

*In the Matter of the Detention of* STEPHEN J. TWINING, *Appellant.*

*In the Matter of the Personal Restraint of*
STEPHEN J. TWINING, *Petitioner.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 91-2-00070-3, Michael E. Cooper, J., entered

December 16, 1991, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ. Now published at 77 Wn. App. 882.